# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Mickey D Smith AKA Mickey D Kaiser | : | Case No.: 12-01090 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Nationstar Mortgage LLC , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

        Respectfully submitted,

        /s/ Karina Velter
        Karina Velter, Esquire (94781)
        Kimberly A. Bonner (89705)
        Holly N. Wolf (322153)
        Manley Deas Kochalski LLC
        P.O. Box 165028
        Columbus, OH  43216-5028
        Telephone: 614-220-5611
        Fax: 614-627-8181
        Attorneys for Creditor
        The case attorney for this file is Karina Velter.
        Contact email is kvelter@manleydeas.com

16-018138_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Mickey D Smith AKA Mickey D Kaiser | : | Case No.: 12-01090 |
| | : | Chapter 13 |
| | : | Judge Robert N. Opel II |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101

Charles J. DeHart III, Chapter 13 Trustee, 8125 Adams Drive, Suite A, Hummelstown, PA 17036

Michael S Travis, Attorney for Mickey D Smith AKA Mickey D Kaiser, 3904 Trindle Road, Camp Hill, PA 17011, Mtravislaw@comcast.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on August 2, 2016:

Mickey D Smith AKA Mickey D Kaiser, 12 W Willow Terrrace Drive, Mechanicsburg, PA 17050

Mickey D Smith AKA Mickey D Kaiser, 12 W Willow Ter Dr, Mechanicsburg, PA 17050

DATE:  August 2, 2016 

/s/ Karina Velter
Karina Velter, Esquire (94781)
Kimberly A. Bonner (89705)
Holly N. Wolf (322153)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor

16-018138_PS

The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

16-018138_PS