Revised 04/2014

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICKEY D SMITH )
)
)
) Case No. 1201090
) Chapter 13
)
Debtor(s) )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:**

(both may be selected, if applicable)   Notice Address ☒
                                         Payment Address ☒

**OLD ADDRESS:**   ONEMAIN FINANCIAL
                   (Name)

                   605 MUNN ROAD
                   (Street Address or P.O. Box)

                   FT MILL, SC, 29715-
                   (City, State, Zip Code)

**NEW ADDRESS:**   ONEMAIN FINANCIAL
                   (Name)

                   PO BOX 70912
                   (Street Address or P.O. Box)

                   Charlotte, NC 29715
                   (City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/s/ Heidi R. Hale
Signature of Creditor or Creditor's Attorney
OneMain Financial
605 Munn Road
Fort Mill, SC 29715
800-401-9836

Name/OBA#/Address/Telephone #/Email