# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF INDIANA

IN RE: MICKEY D SMITH )
)
) Case No. 12-01090
) Chapter 13
)
)
)
Debtor(s) )

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR

**Address to be changed:** ☑ Notice Address
(both may be selected, if applicable) ☑ Payment Address

**OLD ADDRESS:** ONEMAIN FINANCIAL
(Name)

605 MUNN ROAD
(Street Address or P.O. Box)

FT MILL, SC 29715
(City, State, Zip Code)

**NEW ADDRESS:** ONEMAIN FINANCIAL
(Name)

PO BOX 70912
(Street Address or P.O. Box)

CHARLOTTE, NC 28272
(City, State, Zip Code)

*NOTE: This form may not be used in lieu of filing a Notice of Transferred Claim per Bankruptcy Rule 3001(e).

/S/ Heidi R. Hale
Signature of Creditor or Creditor's Attorney

ONEMAIN FINANCIAL
PO BOX 70912
CHARLOTTE, NC 28272
800-401-9836

Name/OBA#/Address/Telephone #/Email