In re:                                                          Case No. 12-01090-RNO
Mickey D Smith                                                  Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar          Page 1 of 1          Date Rcvd: Jul 13, 2017
                             Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2017.
db              +Mickey D Smith,    12 W Willow Terrace Drive,    Mechanicsburg, PA 17050-1808

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 13, 2017 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Jerome B Blank    on behalf of Creditor    Nationstar Mortgage, LLC. pamb@fedphe.com
          Joseph Angelo Dessoye    on behalf of Creditor    Nationstar Mortgage, LLC. pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pamb@fedphe.com
          Joseph P Schalk    on behalf of Creditor    Nationstar Mortgage, LLC. pamb@fedphe.com
          Joshua I Goldman    on behalf of Creditor    OCWEN LOAN SERVICING, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Karina Velter    on behalf of Creditor    Nationstar Mortgage, LLC. amps@manleydeas.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage, LLC. pa-bk@logs.com
          Lorraine Gazzara Doyle    on behalf of Creditor    OneWest Bank, FSB LDoyle@udren.com,
           vbarber@udren.com
          Michael S Travis    on behalf of Debtor Mickey D Smith Mtravislaw@comcast.net
          Paul William Cressman    on behalf of Creditor    Nationstar Mortgage pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor    OCWEN LOAN SERVICING, LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Mickey D Smith                                    Chapter 13
aka Mickey D Kaiser                               Case No. 1:12−bk−01090−RNO
12 W Willow Terrace Drive
Mechanicsburg, PA 17050

Last four digits of Social−Security, Individual
Taxpayer−Identification, Employer Tax−Identification No(s)(if
any):
xxx−xx−2473

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated:  July 13, 2017                              By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk